UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

RAS CITRON, LLC
130 Clinton Road, Suite 202
Fairfield, NJ 07004
(973) 575-0707
Attorney for Secured Creditor
Laura Egerman, Esq. (LE-8250)

**Order Filed on August 16, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

LIONEL B. SCOTT,

Debtor.

Case No.: 16-20433-CMG

Hearing Date: August 16, 2017

Judge: Gravelle

Chapter: 13

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 16, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of _____Reverse Mortgage Solutions, Inc._____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ☑ Real property more fully described as:

    55 Grove Avenue, Metuchen, NJ 08840

- ❏ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

Movant may pursue any and all loss mitigation options with respect to the Debtor(s) or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure.

*Rev. 7/1/04; jml*