**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

RAS CITRON, LLC
130 Clinton Road, Suite 202
Fairfield, NJ 07004
(973) 575-0707
Attorney for Secured Creditor
Laura Egerman, Esq. (LE-8250)

**Order Filed on August 16, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

LIONEL B. SCOTT,

Debtor.

Case No.: 16-20433-CMG

Hearing Date: August 16, 2017

Judge: Gravelle

Chapter: 13

Recommended Local Form:   ☑ Followed    ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 16, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of _____ Reverse Mortgage Solutions, Inc. _____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ☑ Real property more fully described as:

    55 Grove Avenue, Metuchen, NJ 08840

- ☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

Movant may pursue any and all loss mitigation options with respect to the Debtor(s) or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 16-20433-CMG
Lionel B. Scott                                                             Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 16, 2017
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2017.
db         +Lionel B. Scott,    55 Grove Ave,    Metuchen, NJ 08840-2101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2017                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2017 at the address(es) listed below:
         Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
         Albert    Russo    docs@russotrustee.com
         Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         John R. Morton, Jr.    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
         Laura M. Egerman    on behalf of Creditor    Reverse Mortgage Solutions Inc bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
         Stacey L. Mullen    on behalf of Debtor Lionel B. Scott slmullen@comcast.net
                                                                                                                         TOTAL: 6