Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−20433−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Lionel B. Scott
  55 Grove Ave
  Metuchen, NJ 08840

Social Security No.:
  xxx−xx−3943

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

  NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/2/17.

  Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 2, 2017
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Lionel B. Scott  
    Debtor

Case No. 16-20433-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Nov 02, 2017  
                  Form ID: 148     Total Noticed: 18

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2017.
db             +Lionel B. Scott,    55 Grove Ave,     Metuchen, NJ 08840-2101
cr             +JPMorgan Chase Bank, N.A.,    201 N. Central Ave. Floor 11,    Phoenix, AZ 85004-1071
cr             +REVERSE MORTGAGE SOLUTIONS, INC,     Robertson Anschutz & Schneid, P.L.,
                 6409 Congress Ave., Suite 100,    Boca Raton,, FL 33487,    UNITED STATES 33487-2853
cr             +Reverse Mortgage Solutions Inc,     Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
516313284       JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,     P.O. BOX 901032,
                 Ft. Worth, TX 76101-2032
516205848      +McCabe, Weisberg & Conway,    216 Haddon Avenue,    Suite 201,    Westmont, NJ 08108-2818
516205850      +Metuchen Tax Assessor,    Municipal Building,    500 Main Street,    Metuchen, NJ 08840-1402
516443003      +Reverse Mortgage Solutions, Inc.,    14405 Walters Rd., Suite 200,    Houston, TX 77014-1345
516428944      +Reverse Mortgage Solutions, Inc.,    c/o Robertson, Anschutz & Schneid P.L.,
                 6409 Congress Ave.,    Suite 100,    Boca Raton FL 33487-2853
516205849       Sheraton Vistana Resort,    800 Vistana Center Drive,    Orlando, FL 32821
516205851      +US Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 02 2017 22:42:03     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 02 2017 22:42:02     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516291519       EDI: CAPITALONE.COM Nov 02 2017 22:18:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC 28272-1083
516291518       EDI: CAPITALONE.COM Nov 02 2017 22:18:00      Capital One, N.A.,   PO Box 71083,
                 Charlotte, NC 28272-1083
516318221       EDI: CAUT.COM Nov 02 2017 22:18:00      JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ11191,    Phoenix, AZ 85038-9505
516442553       EDI: PRA.COM Nov 02 2017 22:18:00      Portfolio Recovery Associates, LLC,
                 c/o Best Buy Credit Card,    POB 41067,    Norfolk VA 23541
516439079       EDI: WFFC.COM Nov 02 2017 22:18:00     Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
                 PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516205847     ##+Reverse Mortgage Solutions,    2727 Spring Creek Drive,    Spring, TX 77373-6130
                                                                                 TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2017 at the address(es) listed below:
              Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    JPMorgan Chase Bank, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0312-3          User: admin                Page 2 of 2                  Date Rcvd: Nov 02, 2017
                              Form ID: 148               Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        John R. Morton, Jr.    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
        Laura M. Egerman    on behalf of Creditor    REVERSE MORTGAGE SOLUTIONS, INC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
        Laura M. Egerman    on behalf of Creditor    Reverse Mortgage Solutions Inc bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
        Stacey L. Mullen    on behalf of Debtor Lionel B. Scott slmullen@comcast.net

        TOTAL: 8